ANTHONY C. WILLIAMS (SBN 239397)
1658 Princeton Road
West Sacramento, CA 95691
Tel: 916-704-4600
Fax: 225-441-9491

Attorney for ERICA R. ARCEO, Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:11-CR-00054-TLN |
|---|---|
| vs. | **STIPULATION AND [PROPOSED] ORDER TERMINATING PRETRIAL SERVICES SUPERVISION** |
| ERICA ARCEO, ET AL., | |
| Defendants | |

The United States of America, through its counsel Matthew D. Segal, and defendant Erica Arceo, through her counsel Anthony C. Williams, upon the recommendation of Pretrial Services due to her record of compliance, stipulate that Pretrial Services supervision of Erica Arceo shall be terminated. It is understood by the parties that the unsecured bond previously posted by Erica Arceo to secure her bail shall remain in effect and that the United States passport heretofore surrendered by her shall remain in the custody of the Court.

/////

                                            Respectfully submitted,

DATED: June 29, 2014                      /s/ Anthony C. Williams for
                                            MATTHEW SEGAL
                                            Assistant U.S. Attorney

DATED: June 29, 2014                      /s/ Anthony C. Williams
                                            ANTHONY C. WILLIAMS
                                            Attorney at Law

## [~~PROPOSED~~] ORDER

Good cause appearing, upon stipulation of the parties, it is ordered that supervision by Pretrial Services of Erica Arceo is terminated. The unsecured bond previously posted by her in this case shall remain in effect and the passport surrendered by her shall remain in the Court's custody.

IT IS SO ORDERED

Dated:  July 15, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE