Anthony C. Williams, Esq., SBN 239397
The ACW Lawfirm
1658 Princeton Road
West Sacramento, CA 95691

Attorney for Defendant
Erica Arceo

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFONIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-CR-54 TLN |
| Plaintiff, | MOTION TO CHANGE/EXTEND VOLUNTARY SELF-SURRENDER DATE |
| v. | |
| NICHOLO ARCEO & ERICA ARCEO, | |
| Defendants. | |

NOW COMES Defendant Erica Arceo and respectfully moves the Court to change/extend the date on which Ms. Arceo is to report to the federal facility to be designated by the Bureau of Prisons. At Ms. Arceo's sentencing hearing held on September 18, 2014, the Honorable Troy L. Nunley set the voluntary self-surrender date for October 30, 2014. On October 2, 2014, in open court Ms. Arceo informally requested a one-week extension to November 6, 2014 for the self-surrender date to assist her husband, Defendant Nicholo Arceo, in wrapping up business and personal affairs. The Government's Counsel and the Court stated that they had no objection to the request.

WHEREFORE, Ms. Arceo respectfully submits this motion seeking an order from the Court changing/extending Ms. Arceo's voluntary self-surrender date to November 6, 2014.

Dated: October 14, 2014          /s/ Anthony C. Williams
                                 Anthony C. Williams, Esq.
                                 Attorney for Defendant
                                 Erica Arceo

### [Proposed] ORDER

IT IS HEREBY ORDERED that, for the foregoing reasons, the voluntary self-surrender date for Defendant Erica Arceo is extended to November 6, 2014.

Dated:  October 15, 2014

_____
Troy L. Nunley
United States District Judge